# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                        **ORDER**

SHADRAC PELT,              **Criminal No. 04-CR-213E(Sr)**

      Defendant..

_____

      The suppression hearing which was scheduled for July 18, 2006, has been adjourned and is now scheduled for **AUGUST 8, 2006, at 2:30 P.M.**

      In accordance with the Second Circuit Speedy Trial Guidelines, Part I(C)(3)(a) and (b), and upon the authority of *United States v Piontek,* 861 F.2d 152, 154 (7th Cir., 1988); *United States v Montoya,* 827 F.2d 143, 153 (7th Cir., 1987); *United States v. Wilson,* 835 F2d 1440, 1444 (D.C. Cir., 1987; *United States v Tibboel,* 753 F.2d 608, 610 (7th Cir., 1985); and *United States v Jodoin,* 672 F.2d 232, 238 (1st Cir., 1982), the period of time from July 19, 2006, to August 8, 2006, is excluded under 18 U.S.C. § 3161(h)(1)(F).

      **SO ORDERED.**

                          **/s/ H. Kenneth Schroeder, Jr.**

                          _____

                          **H. KENNETH SCHROEDER, Jr.**
                          **United States Magistrate Judge**

**DATED:     July 13, 2006**
            **Buffalo, New York**